UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**GREAT AMERICAN INSURANCE COMPANY**                                **PLAINTIFF**

v.                        CASE NO. 4:10cv02036 BSM

**JIMMY MAY, d/b/a Harrison Taekwondo
Center; TANA LEA MAY, d/b/a Harrison
Taekwondo Center; CHOONG SIL
TAEKWONDO FEDERATION, INC.;
ROBERT HARDIN; ALISON HARDIN;
and ASHLEY TROCK**                                                 **DEFENDANTS**

## ORDER

Plaintiff Great American Insurance Company ("Great American") moves for entry of default judgment against separate defendant Jimmy May ("May"). [Doc. No. 38]. May has not responded. For good cause shown, the motion is granted.

Great American filed the complaint on December 21, 2010. May was served January 20, 2011. As of this date May has failed to file answer or otherwise respond to the complaint. A clerk's entry of default was entered against May on May 4, 2011.

The procedural history set forth above supports the entry of default judgment against May. Judgment is entered against May and in favor of Great American. Great American further requests reasonable costs and attorneys' fees. The request is denied.

Accordingly, Great American's motion for default judgment [Doc. No. 38] is granted.

IT IS SO ORDERED this 19th day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE